# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

_____

**UNITED STATES OF AMERICA,**

    Plaintiff,

**VS.**                                                                  NO.     17-20336

**NASSEAM ELKARRA**,

    Defendant.
_____

### ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE MOTION HEARING
_____

This cause came on upon the motion of Defendant to continue the suppression motion hearing set in this matter set on Wednesday, March 7, 2018 at 10:00 a.m.  For good cause shown, the Court hereby grants the Defendant's motion and sets the motion hearing to Tuesday, March 27, 2018 at 9:30 a.m.

**IT IS SO ORDERED** this 21st day of February, 2018.

                                                 s/ Diane K. Vescovo
                                                 **DIANE K. VESCOVO**
                                                 **UNITED STATES MAGISTRATE JUDGE**