IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                                                   Crim. No. 17-20336-SHL

NASSEAM ELKARRA,

    Defendant.

_____

**CONSENT ORDER DISMISSING INDICTMENT**
_____

    Upon motion of the United States, and with the consent of the defendant, Nasseam Elkarra, it is hereby ORDERED that:

    1.    The indictment in the above-styled case, as it pertains to defendant Nasseam Elkarra, is DISMISSED WITH PREJUDICE.

    2.    Nasseam Elkarra is released from any further prosecution surrounding this indictment or the seizure of his phone on January 6, 2017.

    3.    The passport of Nasseam Elkarra shall be returned immediately.

    4.    The lien in the amount of Five Hundred Thousand Dollars ($500,000.00) placed on the real property at 139 Burnside Avenue, San Francisco, California 94131 securing the appearance of Nasseam Elkarra shall be immediately released.

    5.    Once all other prosecutions surrounding this Indictment are complete, all mirror images and copies of the data and information taken from Nasseam Elkarra's phone on January 6, 2017 shall be returned to Nasseam Elkarra's attorney and written verification that all images, copies and other types of duplication of this phone have been properly destroyed.

    6.    The United States of America, its agents and employees, are released and held

harmless from any and all claims resulting from the criminal investigation, indictment, and criminal prosecution of the defendant in the above-styled case, as well as the subsequent dismissal of the indictment under the terms of this order, including, but not limited to, claims made pursuant to Pub. L. 105-199, Title VI, §617, Nov. 26, 1997, 111 Stat. 2519 as codified at 18 U.S.C. §3006A, Historical and Statutory Notes ("the Hyde Amendment").

7. The Clerk of Court shall enter a judgment incorporating the terms of this order.

**IT IS SO ORDERED**, this 2nd day of August, 2018

          s/ Sheryl H. Lipman
          SHERYL H. LIPMAN
          United States District Judge

APPROVED AND CONSENTED:

D. MICHAEL DUNAVANT
United States Attorney

By: /s Christopher E. Cotten
     CHRISTOPHER E. COTTEN
     Assistant United States Attorney

     /s Michael E. Scholl
     MICHAEL E. SCHOLL
     Attorney for Defendant Nasseam Elkarra